PHILLIPS, RYTHER & WINCHESTER
Gregory D. Phillips, USB 4645
Cody W. Zumwalt, USB 7197
124 South 600 East
Salt Lake City, UT 84102
Phone: 801-935-4935
Fax: 801-935-4936

CLARK & ASSOCIATES, P.C.
JEFFREY A. CLARK, CSB 70546
SARA B. SPAETH, CSB 283051
2999 Overland Avenue, Suite 127
Los Angeles, California 90064-4243
jclark@clark-law.net
sspaeth@clark-law.net
Tel: (310) 815-9440
Fax: (310) 815-0518

Attorneys for Plaintiff,
American Honda Motor Co., Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OBX RACING SPORTS, an entity of unknown origin; OBX PRODUCTS, an entity of unknown origin; OUTBACK PRODUCTS, INC., a California corporation; CHEAP HONDA PARTS, an entity of unknown origin; TUNING DEPOT, LLC, a California limited liability company; MOTORSPORT WAREHOUSE, an entity of unknown origin; SPARKTEC-MOTORSPORTS.COM, an entity of unknown origin; and M5 INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Case No. 2:05-CV-03286 GHK (Rzx)<br>Honorable George H. King<br><br>[PROPOSED] RENEWAL OF JUDGMENT |

This matter before the Court is the Judgment Creditor's 2nd Amended Application for Renewal of Judgment against Judgment Debtors OBX Racing Sports, OBX Products, Outback Products, Inc.

Having considered the documents filed with the Court,

**IT IS ORDERED THAT,**

(1) The Application for Renewal of Judgment is granted.

(2) The clerk shall renew the judgment entered in this case in favor of Judgment Creditor American Honda Motor Co., Inc, against Judgment Debtors OBX Racing Sports, OBX Products, Outback Products, Inc. to show the amount of $1,700,508.10 due and effective on

[X] the date of my signature.

[ ] the date of the old judgment expired, which is _____.

(3) The renewed judgment shall bear post-renewal interest ~~at:~~

~~[ ] the rate of 4.77 percent compounded annually.~~

~~[ ] the statutory rate for judgments entered during this year, _____ percent.~~

(4) The renewed judgment shall also include the following relief as ordered in the original judgment:

    A. Defendants, their employees, agents, successors, and assigns, and all those in active concert and participation with them, and each of them who receives notice directly or otherwise of this Order, are permanently enjoined from, without permission from Honda:

    (1) imitating, copying, or making unauthorized use of the marks HONDA® (Reg. No. 0,826,779), ACURA® (Reg. No. 1,407,602), INTEGRA TYPE-R® (Reg. Nos. 2,526,019 and 2,554,443), ACCORD® (Reg. No. 1,053,254), PRELUDE® (Reg. No. 1,493,027), CIVIC® (Reg. No. 1,045,160), VTEC® (Reg. No. 2,492,897), HONDA STYLIZED® (Reg. No. 0,932,155), ACURA STYLIZED® (Reg. No. 2,646,476), H EMBLEM® (Reg. No. 2,272,458), and ACURA EMBLEM® (Reg. No. 1,905,554) (the "Honda Marks");

(2) using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Honda Marks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution pf any service or product;

(3) using any false designation of origin including, without limitation, any letters or symbols constituting the Honda Marks, or performing any act that can, or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed, or sold by Defendants is in any manner associated with Honda or the Honda Marks, or is sold, manufactured, licensed, sponsored, approved, or authorized by Honda;

(4) transferring, consigning, selling, shipping, or otherwise moving any goods, packing, or other materials in Defendants' possession, custody, or control bearing a design or mark substantially identical to any and all Honda Marks;

(5) engaging in any other activity constituting an infringement of any or all of the Honda Marks, or of Honda's rights in, or use or exploit, any or all of the Honda Marks;

(6) instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (5) above.

B. By no later than thirty (30) days after entry of this Order of Default Judgment, the OBX Defendants shall deliver to Honda's counsel any products, labels, tags, signs, prints, packages, videos, advertisements, computer program files, electronic images, plates, molds, or matrices that depict, bear, use or enable the unauthorized reproduction of, any of the Honda Marks or any colorable imitation of the Honda Marks.

C. By no later than thirty (30) days after entry of this Order of Default Judgment, the OBX Defendants shall deliver to Honda's counsel a written accounting under oath that includes the following information and documents:

(1) the number of products manufactured, sold, or distributed by the OBX Defendants, set forth by item, bearing, or in the form of, any of the Honda Marks, or any imitation of the Honda Marks;

(2) the gross revenue received from the sale of such products set forth by item;

(3) the profit generated from the sale of such products set forth by item;

(4) the time period during which such products have been offered or sold set forth by item;

(5) the names and addresses of any non-retail purchasers of such products and the number of each product purchased by each non-retail purchaser listed by item; and

(6) copies of purchase orders, invoices, or other shipping documents that substantiate the information provided pursuant to this section.

D. By no later than thirty (30) days after entry of this Order of Default Judgement, the OBX Defendants shall pay to Honda as damages for breach of the settlement agreement executed by the OBX Defendants on December 8, 2003 (the "Letter Agreement"), a sum equal to the OBX Defendants' profits from the sale of products manufactured, sold, or distributed by the OBX Defendants bearing, or in the form of, any of the Honda Marks, or any imitation of the Honda Marks.

///
///
///
///
///
///

  (4) This order is a final judgment.

**IT IS SO ORDERED.**

Dated:  1/25/2016    By:  B. Moss
             Deputy Clerk, United States District Court